IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | NO. 3:13-00209 |
| | ) | |
| JUAN COLLAZO | ) | |

**O R D E R**

The Court has been advised by the Clerk of Court that three recorded deeds of trust have been filed with the Clerk of Court today, October 25, 2013. It is hereby

ORDERED that defendant Juan Collazo be released from custody on the Appearance and Compliance Bond and Release Order and Conditions of Release executed on October 17, 2013.

It is so ORDERED this 25th day of October, 2013.

_____
JULIET GRIFFIN
United States Magistrate Judge