UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | NO. 3:13-00209 |
| ) | JUDGE CAMPBELL |
| CINTHIA COLLAZO ) | |

ORDER

Pending before the Court is a Motion to Withdraw (Docket No. 37). The Motion is GRANTED.

It is so ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE