UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 3:13-00209 |
| | ) | JUDGE CAMPBELL |
| CINTHIA COLLAZO, et al. | ) | |

ORDER

Pending before the Court is a Motion to Extend the Deadline for Filing Pretrial Motions (Docket No. 40). The Motion is GRANTED.

The deadline to file any pretrial motions is extended to December 16, 2013 for ALL Defendants.

It is so ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE