IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 3-13-00209 |
| v. | ) | |
| | ) | |
| CINTHIA COLLAZO | ) | |

O R D E R

The defendant's motion to set detention hearing (Docket Entry No. 42) is GRANTED.

A hearing on the government's motion for detention (Docket Entry No. 5) is scheduled on **Tuesday, November 26, 2013, at 11:00 a.m.,** in Courtroom 764, U.S. Courthouse, 801 Broadway, Nashville, TN.

It is so ORDERED.

JULIET GRIFFIN
United States Magistrate Judge