UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 3:13-00209 |
| | ) | JUDGE CAMPBELL |
| JUAN COLLAZO, et al. | ) | |

## ORDER

Due to hazardous driving conditions, the status conference in this case, set for March 3, 2014, is CANCELLED.

Pending before the Court is Defendant Juan Fernandez's Motion To Extend Pretrial Motion Deadline (Docket No. 54). The Motion is GRANTED, as follows: The Defendant shall have until March 31, 2014 in which to file pretrial motions.

The Court will hold a hearing on Juan Collazo's Motion To Suppress Evidence (Docket No. 53) on April 3, 2014, at 9:00 a.m.

It is so ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE