UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 3:13-00209 |
| | ) | JUDGE CAMPBELL |
| JUAN COLLAZO | ) | |

## ORDER

Pending before the Court is the Defendant's Motion To Compel Service Of Process (Docket No. 58). Through the Motion, the Defendant requests that the Court order the Marshal Service to serve any and all subpoenas he issues.

The Motion is DENIED, without prejudice to refiling with respect to particular subpoenas addressed to specific individuals or entities.

It is so ORDERED.

                                                                                  _____
                                                                                  TODD J. CAMPBELL
                                                                                  UNITED STATES DISTRICT JUDGE